IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA        :
       :
     v.                      :         1:25CR170-1
       :
JOSE JESUS ORTEGA-MENDOZA     :

## MOTION FOR RECONSIDERATION

The Defendant, JOSE JESUS ORTEGA-MENDOZA, by and through undersigned counsel, respectfully moves, pursuant to Fed.R.Civ.Pro. 60(b)(6), this Court to reconsider the Order for Dismissal without prejudice filed on July 9, 2025. In support thereof, Mr. Ortega-Mendoza submits the following:

In April 2025, Mr. Ortega-Mendoza was charged with violating 8 U.S.C. 1326, reentry of an illegal alien after being previously removed or deported from the United States subsequent to a felony conviction. Doc. 1, 11. On July 8, 2025, Mr. Ortega-Mendoza moved to dismiss the Indictment with prejudice for two reasons: his Sixth Amendment Right to Counsel has been violated, and the Government failed to comply with the Speedy Trial Act. Doc. 15. The Government has not yet responded to this motion.

Without notice to the Defendant, on June 25, 2025, the Government had submitted to the Court a proposed dismissal without prejudice. Doc. 16 at 1.

1

On July 9, 2025, the Court granted the Government's motion, dismissing the Indictment without prejudice. *Id* at 2.

The Government should not benefit from a dismissal without prejudice when it is the Executive Branch that knowingly frustrated prosecution of Mr. Ortega-Mendoza. Immigration and Customs Enforcement, an executive branch agency, deported Mr. Ortega-Mendoza after a Middle District of North Carolina magistrate judge ordered Mr. Ortega-Mendoza released on conditions. The deportation of Mr. Ortega-Mendoza is beyond mere inadvertence and has prejudiced Mr. Ortega-Mendoza by depriving him of contact with his appointed counsel and violating his speedy trial rights. *United States v. Taylor*, 487 U.S. 326, 338 (1988); *see also United States v. Brooks*, No. MJM-22-60, 2024 U.S. Dist. LEXIS 193232, at *15-16 (D. Md. Oct. 24, 2024), *United States v. Eltahir*, No. 1:16CR170-1, 2016 U.S. Dist. LEXIS 132646, 2016 WL 5400420, at *2 (M.D.N.C. Sept. 27, 2016) ("For the facts and circumstances of a delay 'to weigh in favor of dismissal with prejudice, courts have ordinarily required conduct on behalf of the Government beyond mere inadvertence'"). The best way to deter the Government from future violations of this sort is dismissal of the Indictment with prejudice.

For the foregoing reasons, the Defendant respectfully requests that this Court reconsider the Order executed on July 9, 2025, and enter an Order

dismissing the Indictment with prejudice.

Respectfully submitted on July 10, 2025.

LOUIS C. ALLEN III
FEDERAL PUBLIC DEFENDER

/s/ Ira Knight
IRA KNIGHT
Assistant Federal Public Defender
North Carolina State Bar No. 43817
301 N. Elm Street, Suite 410
Greensboro, NC 27401
Phone: (336) 333-5455
E-mail: Ira_Knight@fd.org

3

## CERTIFICATE OF SERVICE

I hereby certify that on I electronically filed the foregoing Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Cliff Barrett
> Assistant United States Attorney
> Middle District of North Carolina

Respectfully submitted,

/s/ Ira Knight
IRA KNIGHT
Assistant Federal Public Defender
North Carolina State Bar No. 43817
301 N. Elm Street, Suite 410
Greensboro, NC 27401
Phone: (336) 333-5455
E-mail: Ira_Knight@fd.org